HIRSCH ADELL (CSB 34208) and
NEELAM CHANDNA (CSB 192972), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: hirscha@rac-law.com;neelamc@rac-law.com

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND, | CASE NO. C09-2289 SI |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER RE STATEMENT RE NON-FILING OF 26(f) REPORT |
| v. | |
| NELDAM'S DANISH BAKERY, INC. | |
| Defendant. | |

-1-

170806.1

1   IT IS HEREBY ORDERED that Plaintiffs Bakery & Confectionery
2  Western Conference Dental Fund need not file the 26(f) report that
3  otherwise would have been required to be filed on September 11,
4  2009.

DATED: August 5, 2009



_____
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

-2-